91 F.3d 136
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Eunice Arnetta Harris SPARKS, Defendant-Appellant.
 No. 96-6139.
 United States Court of Appeals, Fourth Circuit.
 Submitted June 20, 1996.
Decided July 1, 1996.
 
 Eunice Arnetta Harris Sparks, Appellant Pro Se.
 Scott Patrick Mebane, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.
 Before HALL, WILKINS, and HAMILTON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying her motion to modify her sentence so that she will be transferred to the institution of her choice. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Sparks, No. CR-92-179 (M.D.N.C. Jan. 5, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED